IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA             Docket No.  99CR125-34 (JAF)

vs.

**REYNALDO LEANDRY-SANTIAGO,**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, VICTOR M. CANINO U.S. PROBATION OFFICER of this Honorable Court,** requesting a modification of conditions of Reynaldo Leandry-Santiago who was sentenced before the Court on January 25, 2000, after previously pleading guilty to Conspiracy to possess with intent to distribute more the five (5) kilograms of cocaine and more that one (1) kilogram of heroin, in violation 21 U.S.C. § 846. Mr. Leandry-Santiago was sentenced to ninety (90) months imprisonment, followed by four (4) years of supervised release. In addition to the standard conditions of supervision, the Court additionally ordered the following: defendant shall not commit any federal, state and/or local crimes, defendant shall not unlawfully possess a controlled substance, and refrain from possessing firearms, destructive devices, or other dangerous weapons; and mandatory drug testing and treatment if any samples detect any illegal substance. Leandry-Santiago's supervision will expire on December 29, 2008.

On December 30, 2004, Leandry-Santiago was released from prison to the Middle District of Florida where he has resided with his brother at 2526 Parson Pond Circle, Kissimmee, FL 34743 and worked at the South Seminole Sheet Metal located in Sanford, Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Generally, Mr. Leandry-Santiago has complied with the conditions of release. Recently however, Julio Rodríguez, the officer in charge of the case in the Middle District of Florida, received information that Mr. Leandry-Santiago travelled to Puerto Rico without permission and associated with a convicted felon named Danny Guzmán who is under supervision in our district. When confronted, Leandry-Santiago admitted to taking one trip to Puerto Rico without permission, but the information received suggest that more than one trip may have been taken.

On August 22, 2006, Leandry-Santiago signed a Probation Form 49 (attached) agreeing to waive his right to hearing in order to modify his conditions of release to include the follwing condition: You shall provide the United States Probation Officer with full disclosure of all your financial records to include yearly tax returns upon the request of the Probation Officer. You shall cooperate with the Probation Office in the investigation of your financial dealings and shall provide truthful monthly statement of your income.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Leandry-Santiago's conditions of supervised release to include a the above stated financial condition.

In San Juan, Puerto Rico, this 2nd day of October 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER
S/Victor M. Canino
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 771-3629
victor_canino@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 2, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rosa Emilia Rodríguez, U.S. Attorney and Joseph Laws of the United States Federal Public defenders Office.

In San Juan, Puerto Rico, this 2nd day October of 2006.

S/Victor M. Canino
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR  00918
(787) 771-3629
(787) 766-5945 fax
victor_canino@prp.uscourts.gov
